UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LOOS,

    Plaintiff,

v.

BASF CORPORATION,

    Defendant.

Case No.: 2:21-cv-10948

Hon. Nancy G. Edmunds

Magistrate Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Upon the stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause is dismissed in its entirety, with prejudice and without costs, interest, or attorneys' fees as to all parties.

THIS IS A FINAL ORDER WHICH DISPOSES OF ALL CLAIMS IN THE CASE AND CLOSES THE CASE.

**IT IS SO ORDERED.**

Dated: April 6, 2022

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
Honorable Nancy G. Edmunds

1

So stipulated as to form and content:

/s/ *Scott A. Batey (w/ permission*)  
SCOTT A. BATEY (P54711)  
Attorney for Plaintiff  
BATEY LAW FIRM, PLLC  
30200 Telegraph Road, Suite 400  
Bingham Farms, Michigan 48025  
(248) 540-6800  
sbatey@bateylaw.com

/s/*Heather G. Ptasznik*  
HEATHER G. PTASZNIK (P63344)  
Attorney for BASF Corporation  
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC  
34977 Woodward Avenue, Suite 300  
Birmingham, Michigan 48009  
(248) 593-6400  
heather.ptasznik@ogletree.com

Dated:  April 6, 2022